## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 96 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| SALEEM SHABEZZ, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 98 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| SALEEM SHABEZZ, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Does the Fourth Amendment entitle a defendant to suppress the fruits of a search where it is undisputed that he had no privacy interest in the area searched?